BRYAN SCHRODER
United States Attorney

KAREN VANDERGAW
Assistant U.S. Attorney
Federal Building & U.S. Courthouse
222 West Seventh Avenue, #9, Room 253
Anchorage, Alaska 99513-7567
Phone: (907) 271-5071
Fax: (907) 271-1500
Email: karen.vandergaw@usdoj.gov

Attorneys for Plaintiff

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF ALASKA

| | |
|---|---|
| UNITED STATES OF AMERICA, <br><br> Plaintiff, <br><br> vs. <br><br> PETER MICHAEL BURNO, and <br> BILLY BOB BELL, III, <br><br> Defendant. | No. 3:19-cr-00128-RRB-MMS <br><br> COUNT 1: <br> DRUG CONSPIRACY <br>   Vio. of 21 U.S.C. §§ 846 and <br> 841(a)(1), (b)(1)(A) |

I N D I C T M E N T

The Grand Jury charges that:

COUNT 1

Between on or about October 31, 2019 to November 6, 2019, within the District of

Alaska and elsewhere, the defendants, PETER MICHAEL BURNO and BILLY BOB

BELL, III, knowingly and intentionally combined, conspired, confederated and agreed

together and with each other, and with other persons known and unknown to the Grand Jury, to knowingly and intentionally possess with the intent to distribute a controlled substance, to wit: 500 grams or more of a mixture or substance containing methamphetamine.

All of which is in violation of 21 U.S.C. § 846, 841(a)(1), (b)(1)(A).

A TRUE BILL.

s/ Grand Jury Foreperson
GRAND JURY FOREPERSON

s/ Karen Vandergaw
KAREN VANDERGAW
Assistant U.S. Attorney
United States of America

s/ Bryan Schroder
BRYAN SCHRODER
United States Attorney
United States of America

DATE: 11-19-19

Page 2 of 2

Case 3:19-cr-00128-RRB-MMS   Document 19   Filed 11/20/19   Page 2 of 2